IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CRIM. No. 18-00022-CG** |
| | ) | |
| **NARVER LEE YATES** | ) | |

## INFORMATION TO ESTABLISH PRIOR CONVICTION

Comes now the United States, by and through Richard W. Moore, the United States Attorney for the Southern District of Alabama, and, pursuant to Title 21, United States Code, Section 851(a)(1), hereby provides notice that Yates' prior felony conviction listed below will be relied upon to increase the maximum possible penalty in this matter from 20 years to 30 years:

In 2003, Yates entered a guilty plea to Possession with Intent to Distribute Crack Cocaine in the Southern District of Alabama, Criminal Number 03-00054.  This offense is final.

    Respectfully Submitted,

    RICHARD W. MOORE
    UNITED STATES ATTORNEY

    By: */s/ Deborah A. Griffin*
    Deborah A. Griffin
    Assistant United States Attorney
    United States Attorney's Office
    63 South Royal Street, Suite 600
    Mobile, Alabama 36602
    Telephone: (251) 441-5845